## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CARL D. MORGAN,**
    **Petitioner,**

**vs.**                                         **CASE NO.: 5:10cv188/RS/MD**

**STATE OF FLORIDA,**
    **Respondent.**

___

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Petitioner initiated this action on July 9, 2010, by filing of a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1).  Because the petition was not in proper form and petitioner failed to pay the $5.00 filing fee or submit an application for leave to proceed *in forma pauperis*, the court entered an order on July 12, 2010 requiring petitioner to file, within twenty-eight days, an amended petition or notice of voluntary dismissal.  Petitioner was further directed to pay the filing fee or submit an application to proceed *in forma pauperis*.  (Doc. 3).  Petitioner was warned that failure to comply with the order would result in dismissal of his case.

Having received no response from petitioner, an order to show cause was issued on August 26, 2010 giving petitioner fourteen days to show cause why this case should not be dismissed.  (Doc. 4).  The time for complying has passed with no response from petitioner.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for petitioner's failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**