IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL D. MORGAN,

    Petitioner,

vs.                                                  CASE NO. 5:10cv188/RS-MD

STATE OF FLORIDA, et al,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice because of Petitioner's failure to prosecute and failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on October 28, 2010.

                                                         /S/ Richard Smoak
                                                         **RICHARD SMOAK**
                                                         **UNITED STATES DISTRICT JUDGE**